**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**GLENN DOUGLASS DOLFI, JR.,**

**Plaintiff,**

**v.**

**KENT RICHARD MARKUS, *et al.*,**

**Defendants.**

**Civil Action 2:26-cv-287**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Chelsey M. Vascura**

# ORDER

This matter is before the Court on Plaintiff's Motion for Leave to Amend Complaint (ECF No. 22), which Plaintiff represents is unopposed. For good cause shown, Plaintiff's Motion is **GRANTED** pursuant to Federal Rule of Civil Procedure 15(a)(2). The Clerk is **DIRECTED** to file on the docket Plaintiff's Amended Complaint, attached to his Motion as Exhibit A (ECF No. 22-1), and to **TERMINATE AS MOOT** Defendant Elizabeth Thym Smith's Motion to Dismiss (ECF No. 17) and Defendants Kent Richard Markus and Holly Nicole Wolf's Motion for Judgment on the Pleadings (ECF No. 19).

As provided in the Court's notation order of July 7, 2026 (ECF No. 21), the parties are **ORDERED** to confer and submit a Rule 26(f) report **ON OR BEFORE AUGUST 20, 2026**.

**IT IS SO ORDERED.**

*/s/ Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE